

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

*271Cadman Plaza East*
*Brooklyn, New York  11201*
November 30, 2007

BY ECF AND FEDERAL EXPRESS
Elkan Abramowitz, Esq.
Morvillo, Abramowitz, Grand, Iason & Silberberg
565 Fifth Avenue
New York, NY 10017

Christopher B. Mead, Esq.
London and Mead
1225 19th Street N.W. Suite 320
Washington D.C. 20036

Marjorie J. Peerce, Esq.
Stillman, Friedman & Shechtman
425 Park Avenue
New York, NY 10022

John Minh Tran, Esq.
DiMuro Ginsberg
908 King Street, Suite 200
Alexandria, CA 22314

                Re:  United States v. Saltsman, et al.
                    Criminal Docket No. 07-641(NGG)

Counsel:

      This letter provides you with discovery pursuant to Rule 16 of the Federal Rules of Criminal Procedure in the above-referenced case.  The discovery is available at First Choice Copies under print order numbers 76212 and 76217.  Enclosed find copies of corresponding document indices.

                                Truly yours,
                                BENTON J. CAMPBELL
                                UNITED STATES ATTORNEY

                      By:  _____
                                Suzanne McDermott
                                Assistant U.S. Attorney