UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

_____

| | |
|---|---|
| **UNITED STATES OF AMERICA** | ) |
| | ) |
| -against- | ) Case No. 07-CR-641 (NGG) |
| | ) |
| ZEV SALTSMAN | ) (T. 15, U.S.C., §§ 78j(b) and 78ff; T.18, |
| MENACHEM EITAN | ) U.S.C., §§ 371, 1956(a) (1) (A) (i), 1956 (a) |
| STEVEN NEWMAN | ) (1) (B) (i), 1956 (a) (2) (A), 1956 (a) (2) (B) |
| EDWARD NEWMAN | ) (i), 1956 (h), 2 and 3551 et seq.) |
| ANDREW BROWN and | ) |
| MARTIN WEISBERG, | ) |
| | ) |
| **Defendants.** | ) |

_____

**TO:**   Loretta E. Lynch
United States Attorney
Eastern District of New York
**c/o**   Ilene Weininger Jaroslaw, AUSA at Ilene.jaroslaw@usdoj.gov
John P. Nowak, AUSA at john.nowak@usdoj.gov
Douglas A. Leff, AUSA at douglas.leff@usdoj.gov
Evan S. Weitz, AUSA at evan.weitz@usdoj.gov

**NOTICE OF MOTION TO ADMIT COUNSEL PRO HAC VICE**

PLEASE TAKE NOTICE that upon the annexed affidavits of Nina J. Ginsberg and Sara M. Sakagami in support of this motion and the certificates of Good Standing annexed thereto we will move this Court before the Honorable Judge Nicholas G. Garaufis at the United States Courthouse of the Eastern District of New York, pursuant to Rule 1.3 (c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York for an Order allowing the admission of Nina J. Ginsberg, a partner of the law firm of DiMuroGinsberg, P.C. and a member of good standing of the Bar of the Commonwealth of Virginia and the Bar of the District of Columbia, and Sara

M. Sakagami, an associate of the law firm of DiMuroGinsberg, P.C. and a member of good standing of the Bar of the Commonwealth of Virginia, the Bar of the District of Columbia and the Bar of the State of California, as attorneys pro hac vice to argue or try this case in whole or in part as counsels. There are no pending disciplinary proceedings against them in any State or Federal court.

Dated: June 18, 2010

        /s/
John M. Tran
Virginia Bar No. 24349
Stacey Rose Harris
Virginia Bar No. 65887
Nina J. Ginsberg
Virginia Bar No. 19472
D.C. Bar No. 251496
Sara M. Sakagami
Virginia Bar No. 77278
D.C. Bar No. 251496
CA Bar No. 247195
*Counsel for Edward G. Newman*
**DIMUROGINSBERG, P.C.**
908 King Street, Suite 200
Alexandria, Virginia  22314
Tel. 703.684.4333
Fax. 703.548.3181

*e-mail*: jtran@dimuro.com
sharris@dimuro.com
nginsberg@dimuro.com
ssakagami@dimuro.com

## CERTIFICATE OF SERVICE

I hereby certify that on this 18th day of June 2010, I electronically filed the foregoing Notice of Motion with accompanying Affidavit and Proposed Order with the Clerk of the Court using the CM/EMF system, which will send notification of such filing (NEF) to: the following:

**TO:** Loretta E. Lynch
United States Attorney
Eastern District of New York
**c/o** Ilene Weininger Jaroslaw, AUSA at Ilene.jaroslaw@usdoj.gov
John P. Nowak, AUSA at john.nowak@usdoj.gov
Douglas A. Leff, AUSA at douglas.leff@usdoj.gov
Evan S. Weitz, AUSA at evan.weitz@usdoj.gov

/s/
John M. Tran
Virginia Bar No. 24349
Stacey Rose Harris
Virginia Bar No. 65887
Nina J. Ginsberg
Virginia Bar No. 19472
D.C. Bar No. 251496
Sara M. Sakagami
Virginia Bar No. 77278
D.C. Bar No. 251496
CA Bar No. 247195
*Counsel for Edward G. Newman*
**DIMUROGINSBERG, P.C.**
908 King Street, Suite 200
Alexandria, Virginia  22314
Tel. 703.684.4333
Fax. 703.548.3181

*e-mail*: jtran@dimuro.com
sharris@dimuro.com
nginsberg@dimuro.com
ssakagami@dimuro.com