

FILED
IN CLERK'S OFFICE
US DISTRICT COURT E.D.N.Y.
★ MAY 09 2013 ★
BROOKLYN OFFICE

MARTIN WEISBERG                                 DOB: 10/18/1950            Patient ID#: 5273202
Healthcare Professional: RICHARD J KEATING MD     Date of Service: 4/30/2013


Honorable Nicholas G. Garaufis
United State District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201                              April 30, 2013


RE: United State vs Weisberg 07-CR-641 (S-2) (NGG)


Dear Judge Garaufis:

Martin Weisberg became my patient on March 7, 2013. He asked me to compose a letter to you regarding recent changes in his health, so that you might better understand his medical status.

Mr. Weisberg developed chest discomfort while traveling in Florida, but did not immediately seek urgent treatment at the suggestion of a good family friend. He did visit his internist where he was noted to have extensive electrocardiographic changes suggestive of ischemia. After consulting with me on the phone, his internist referred him to Westchester Medical Center for urgent evaluation on March 1, 2013. He underwent coronary angiography where a near total obstruction of his left anterior descending artery was discovered. This lesion was treated with angioplasty and placement of a drug-eluting stent with excellent angiographic results.

Since his heart attack, his health has improved markedly. His symptoms have abated and he has been compliant with the recommended medical therapy. Mr. Weisberg has been following an aggressive rehabilitation program, which encompasses medical therapy and supervised exercise. Continued medical attention and a closely supervised exercise program will play a critical role in Mr. Weisberg's continued recovery.

Mr. Weisberg has related to me that he has been under a considerable amount of psychosocial stress in recent months and in fact, he told me that the day he developed symptoms coincided with an important meeting related to his ongoing legal troubles. I include this information to point out the well-recognized relationship between stress and depression and negative outcomes among patients with coronary artery disease. Any efforts to avoid unnecessary stress will only aid in his recovery.

Please feel free to contact me if I may provide helpful information in regards to Mr. Weisberg's health status.

Sincerely,



**MOUNT KISCO MEDICAL GROUP PC**
a clinical affiliate of MASSACHUSETTS GENERAL HOSPITAL
*A Lifetime of Quality Care That's Convenient & Complete*
www.mkmg.com

```
MARTIN WEISBERG                              DOB: 10/18/1950           Patient ID#: 5273202
Healthcare Professional: RICHARD J KEATING MD        Date of Service: 4/30/2013
```

Richard J. Keating, M.D.
Cardiology

RJK/10/18/1950/OSi/18810220/rn/49728366/1
1



90 South Bedford Road, Mount Kisco NY 10549



02 1M         $ 00.46⁰
0004283903    MAY 02 2013
MAILED FROM ZIP CODE 10549

Honorable Nicholas G Garaufis
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn  NY   11201